**The below described is SIGNED.**

**Dated: October 18, 2005**

**GLEN E. CLARK**
**U.S. Bankruptcy Judge**

Elizabeth R. Loveridge (6025)
David A. Nill (8784)
**WOODBURY & KESLER, P.C.**
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84110-3358
Telephone: (801) 364-1100

Attorneys for Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

In re:

**High Mountain LLC**
Tax ID: 47-0857951

Debtor(s)

Case No. 04-22556 GEC
Chapter 7
Judge Glen E. Clark

Elizabeth R. Loveridge, Chapter 7 Trustee,

Plaintiff,

vs.

CAROLE CHUNG, an individual, and,
JAMES A. CHUNG, an individual,

Defendants.

Adversary Proceeding No.05-02174

**ORDER OF DISMISSAL**

T\H\HighMountain\Adversary\Chung.dismissal

Filed: 10/14/05

Entered On Docket: 10/19/2005

ORDER SIGNED

Trustee Elizabeth R. Loveridge, through counsel and pursuant to Fed. R. Bankr. P. 7041, filed a Notice of Dismissal based upon the Order Approving Settlement Agreement issued by the Court on September 8, 2005. The Defendants have not filed an Answer or other responsive pleading. Based upon the Trustee's Notice and for good cause appearing, the Court hereby

ORDERS

That this Adversary Proceeding is dismissed with prejudice.

**BY THE COURT:**

________________________________
Honorable Glen E. Clark
Bankruptcy Court Judge

ORDER SIGNED

**CLERK'S CERTIFICATE OF SERVICE**

I do hereby certify that on the ___ day of October, 2005, I sent by U.S. Mail, postage prepaid a true and correct copy of the foregoing **ORDER OF DISMISSAL** to the following:

UNITED STATES TRUSTEE'S OFFICE
Attn: Rayla Meyers (via ECF)
Boston Building, #100
9 Exchange Place
Salt Lake City, UT 84111

Carole Chung
James A. Chung
12223 Bristol Dr.
La Mirada, CA 90638

Elizabeth R. Loveridge
Chapter 7 Trustee
265 East 100 South, Suite 300
Salt Lake City, Utah 84111

________________________________

T\H\HighMountain\Adversary\Chung.dismissal

BAE SYSTEMS
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 1088-2        User: smh              Page 1 of 1             Date Rcvd: Oct 19, 2005
Case: 05-02173              Form ID: pdfor1        Total Served: 2


The following entities were served by first class mail on Oct 22, 2005.
aty          David A. Nill,   Woodbury & Kesler,   265 East 100 South, Ste. 300,   P.O. Box 3358,
               Salt Lake City, UT  84110-3358
pla          Elizabeth R. Loveridge,   265 East 100 South,   Suite 300,   P.O. Box 3358,
               Salt Lake City, UT  84110-3358

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2005** **Signature:** Joseph Speetjens